**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| In re: | Case No. 25-10832 |
|---|---|
| William Hoffman Arms | Chapter 13 |
| Teresa Elizabeth Arms | |
| Debtor(s) | |

### DECLARATION OF MAILING CERTIFICATE OF SERVICE

On 3/31/2025, I did cause a copy of the following document(s), described below:

Rescheduled 341 Meeting Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/31/2025

/s/ Nicholas G. Platt
Nicholas G. Platt
Bar No. 327239
Mooney Law
230 York Street
Hanover PA 17331-0000
(717)632-4656
ngp@mooney4law.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No. 25-10832 |
| William Hoffman Arms | Chapter 13 |
| Teresa Elizabeth Arms | |
| Debtor(s) | |

### CERTIFICATE OF SERVICE DECLARATION OF MAILING

On 3/31/2025, I did cause a copy of the following document(s), described below:

Rescheduled 341 Meeting Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail,  postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix  exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/31/2025

Melissa Membrino
c/o Stretto
410 Exchange Ste 100
Irvine, CA 92602
(949) 222-1212
declaration@stretto.com

I certify that on 3/31/2025, I caused a copy of the Rescheduled 341 Meeting Notice to be served by First Class United States Mail service, with adequate postage to ensure delivery to:

EXHIBIT

| | | | | | |
|---|---|---|---|---|---|
| ASPEN DENTAL | PO BOX 1578 | | | | ALBANY NY 12201-1578 |
| Best Egg | Attn: Bankrupcty | | Po Box 42912 | | Philadelphia PA 19101-291 |
| Bureau of Account Managment | Attn: Bankruptcy | | 3607 Rosemont Ave, Ste 502, Pob 8875 | | Camp Hill PA 17001-8875 |
| Consumers Credit Union | Attn: Bankruptcy | | Po Box 525 | | Oshtemo IL 49077-0525 |
| EPHRATA BOROUGH | 124 SOUTH STATE STREET | | | | EPHRATA PA 17522-2792 |
| LAKEVIEW LOAN SERVICING, LLC | C/O Denise Carlon, Esq | | 701 Market Street Suite 5000 | | Philadelphia PA 19106-1541 |
| LVNV Funding LLC | Resurgent Capital Services | | PO Box 10587 | | Greenville SC 29603-0587 |
| Loancare Llc | 3637 Sentara Way | | | | Virginia Beach VA 23542-4262 |
| Lvnv Funding/Resurgent Capital | Attn: Bankruptcy | | Po Box 10497 | | Greenville SC 29603-0497 |
| NICOLE M FRANCESE ESQ | STRAFFORD OFFICE BUILDINGS SUITE 120 | | 200 EAGLE ROAD | | Wayne PA 19087-3115 |
| National Recovery Agency | P.O. Box 67015 | | | | Harrisburg PA 17106-7015 |
| Navient | Attn:  Bankruptcy | | Po Box 9635 | | Wilkes-Barre PA 18773-9635 |
| PENN MEDICAL | 500 University Dr | | | | HERSHEY PA 17033-2360 |
| SMILE BUILDERZ | 895 EAST MAIN STREET | | | | EPHRATA PA 17522-2545 |
| US DEPARTMENT OF HOUSING & URBAN DEVELOPMENT | ATTN OFFICE OF REGIONAL COUNSEL | | 801 MARKET STREET 12TH FLOOR | | PHILADELPHIA PA 19107-3126 |
| United States Trustee | Office of United States Trustee | Robert N.C. Nix Federal Building | 900 Market Street | Suite 320 | Philadelphia PA 19107-4202 |
| Wells Fargo Bank NA | Attn: Bankruptcy | | 1 Home Campus Mac X2303-01a 3rd Floor | | Des Moines IA 50328-0001 |
| SCOTT F WATERMAN CHAPTER 13 TRUSTEE | 2901 ST LAWRENCE AVE | | SUITE 100 | | READING PA 19606-2265 |
| William Hoffman Arms II and Teresa Elizabeth Arms | 7 Lauren Lane | | | | Ephrata PA 17522-2574 |