L.B.F.  3015-6B

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE: **William Hoffman Arms and**          :
**Teresa Elizabeth Arms**                      :          **Chapter 13**
                              **Debtor(s)**          :           **Bky. No. 25-10832**

### PRE-CONFIRMATION CERTIFICATION
### OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE
### WITH 11 U.S.C. §§ 1325(a)(8) and 1325(a)(9)

I, William Hoffman Arms, hereby states under penalty of perjury in connection with the confirmation hearing in the above case:

1.  I have paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

2.  I have filed all applicable federal, state and local tax returns as required by 11 U.S.C. § 1308.

3.  If the confirmation hearing is postponed for any reason, and the information herein changes, I will provide an updated Certification to the chapter 13 trustee prior to any subsequent confirmation hearing.

**Date: May 6, 2025**

Signed by:

William Hoffman Arms _____

4CFE74D145BB413...