L.B.F. 3015-6B

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: William Hoffman Arms and | : | |
| Teresa Elizabeth Arms | : | Chapter 13 |
| Debtor(s) | : | Bky. No. 25-10832 |

## PRE-CONFIRMATION CERTIFICATION
## OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE
## WITH 11 U.S.C. §§ 1325(a)(8) and 1325(a)(9)

I, Teresa Elizabeth Arms, hereby states under penalty of perjury in connection with the confirmation hearing in the above case:

1. I have paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

2. I have filed all applicable federal, state and local tax returns as required by 11 U.S.C. § 1308.

3. If the confirmation hearing is postponed for any reason, and the information herein changes, I will provide an updated Certification to the chapter 13 trustee prior to any subsequent confirmation hearing.

Date: May 6, 2025            Signed by: *Teresa Elizabeth Arms*
                             9FC08F2C2EB54FB...