UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    William Hoffman Arms, II<br>    Teresa Elizabeth Arms<br><br>            Debtors | Chapter 13<br>Bankruptcy No.25-10832-PMM |

### CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case has been served this 12th day of June, 2025, by first class mail upon those listed below:

William Hoffman Arms, II
Teresa Elizabeth Arms
7 Lauren Lane
Ephrata, PA  17522

**Electronically via CM/ECF System Only:**

NICHOLAS G. PLATT, ESQUIRE
MOONEY LAW
230 YORK STREET
HANOVER, PA  17331

                                                            */s/ Kristen Gliem*
                                                            Kristen Gliem
                                                            for
                                                            Scott F. Waterman, Esquire
                                                            Standing Chapter 13 Trustee