**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN Re: WILLIAM HOFFMAN ARMS | : | Chapter 13 |
| TERESA ELIZABETH ARMS | : | |
| DEBTORS | : | Case No. 25-bk-10832-pmm |

**DEBTORS' RESPONSE TO MOTION TO DISMISS**
**PURSUANT TO 11 U.S.C. SECTION 1307**

1. Movant, Scott F. Waterman, Esquire, filed a Motion to Dismiss Pursuant to 11 U.S.C. Section 1307 on June 12, 2025.

2. Debtor has had completed a payment of $138.00 on May 23, 2025 and $200.00 on June 17, 2025.

3. Debtor has a pending payment of $69.00 on June 13, 2025 and a scheduled payment for June 18, 2025 for $200.00.

4. Debtor requests the Court deny the Motion to Dismiss for material default.

WHERFORE, Debtors, William Hoffman Arms and Teresa Elizabeth Arms, pray the Court enter its Order denying the Motion to Dismiss Pursuant to 11 U.S.C. Sections 1307 that was filed on June 12, 2025 by Scott F. Waterman, Esquire.

Dated: June 17, 2025

Respectfully Submitted,

/s/Nicholas G. Platt
Nicholas G. Platt (327239)
Mooney Law
230 York Street
Hanover, PA 17331
ngp@mooney4law.com
717-632-4656 Phone
(717) 632-3612 Fax