| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 25-10832-PMM

William Hoffman Arms, II  
Teresa Elizabeth Arms  
7 Lauren Lane  
Ephrata  PA    17522

Petition Filed Date: 02/28/2025  
341 Hearing Date: 03/25/2025  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/02/2025 | $138.00 | | 06/18/2025 | $200.00 | | 06/23/2025 | $69.00 | |
| 06/26/2025 | $214.00 | | 07/07/2025 | $69.00 | | 07/18/2025 | $69.00 | |

**Total Receipts for the Period:  $759.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $897.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | NICHOLAS G. PLATT, ESQUIRE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | US DEPARTMENT OF HUD<br>»»  001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | LVNV FUNDING LLC<br>»»  002 | Unsecured Creditors | $3,824.68 | $0.00 | $0.00 |
| 3 | LVNV FUNDING LLC<br>»»  003 | Unsecured Creditors | $24,170.33 | $0.00 | $0.00 |
| 4 | WELLS FARGO BANK NEVADA NA<br>»»  004 | Unsecured Creditors | $7,350.73 | $0.00 | $0.00 |
| 5 | LOANCARE SERVICING CENTER<br>»»  005 | Mortgage Arrears | $15.00 | $0.00 | $0.00 |
| 6 | AIDVANTAGE on behalf of DEPT OF ED<br>»»  006 | Unsecured Creditors | $28,470.08 | $0.00 | $0.00 |

**Chapter 13 Case No. 25-10832-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $897.00 | Current Monthly Payment: | $138.00 |
| Paid to Claims: | $0.00 | Arrearages: | ($207.00) |
| Paid to Trustee: | $49.36 | Total Plan Base: | $8,280.00 |
| Funds on Hand: | $847.64 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.