United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 25-10832-pmm

William Hoffman Arms, II | Chapter 13

Teresa Elizabeth Arms

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2

Date Rcvd: Nov 20, 2025      Form ID: 155      Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William Hoffman Arms, II, Teresa Elizabeth Arms, 7 Lauren Lane, Ephrata, PA 17522-2574 |
| 14983435 | + | EPHRATA BOROUGH, 124 SOUTH STATE STREET, EPHRATA, PA 17522-2792 |
| 14984707 | + | LAKEVIEW LOAN SERVICING, LLC, C/O Denise Carlon, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14983440 | + | NICOLE M FRANCESE ESQ, STRAFFORD OFFICE BUILDINGS SUITE 120, 200 EAGLE ROAD, Wayne, PA 19087-3115 |
| 14983441 | + | PENN MEDICAL, 500 University Dr, HERSHEY, PA 17033-2360 |
| 14983442 | + | SMILE BUILDERZ, 895 EAST MAIN STREET, EPHRATA, PA 17522-2545 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14983431 | Email/Text: bankruptcynotice@aspendental.com | Nov 21 2025 02:15:00 | Aspen Dental, PO Box 1578, Albany, NY 12201-1578 |
| 15012255 | + Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Nov 21 2025 01:31:45 | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 300001, Greenville TX 75403-3001 |
| 15027903 | + Email/PDF: acg.acg.ebn@aisinfo.com | Nov 21 2025 01:35:23 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14983432 | + Email/PDF: MarletteBKNotifications@resurgent.com | Nov 21 2025 01:31:30 | Best Egg, Attn: Bankrupcty, Po Box 42912, Philadelphia, PA 19101-2912 |
| 14983433 | + Email/Text: Bankruptcy@BAMcollections.com | Nov 21 2025 02:16:00 | Bureau of Account Managment, Attn: Bankruptcy, 3607 Rosemont Ave, Ste 502, Pob 8875, Camp Hill, PA 17001-8875 |
| 14983434 | + Email/Text: collections@consumerscu.org | Nov 21 2025 02:16:00 | Consumers Credit Union, Attn: Bankruptcy, Po Box 525, Oshtemo, IL 49077-0525 |
| 14986933 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 21 2025 01:35:45 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14983436 | + Email/Text: LC-Bankruptcy-RF@loancare.net | Nov 21 2025 02:16:00 | Loancare Llc, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14983437 | + Email/PDF: resurgentbknotifications@resurgent.com | Nov 21 2025 01:35:30 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14983438 | Email/Text: Bankruptcies@nragroup.com | Nov 21 2025 02:17:00 | National Recovery Agency, P.O. Box 67015, Harrisburg, PA 17106-7015 |
| 14983439 | + Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Nov 21 2025 02:02:32 | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 14984287 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Nov 21 2025 02:46:33 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 |
| 14983443 | + Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | | |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 20, 2025 | Form ID: 155 | Total Noticed: 20 |

| | Nov 21 2025 01:34:01 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Floor, Des Moines, IA 50328-0001 |
|---|---|---|
| 15000329 | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | |
| | Nov 21 2025 01:33:55 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 14

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15006926 | *+ | LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2025        Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| NICHOLAS G. PLATT | on behalf of Joint Debtor Teresa Elizabeth Arms ngp@mooney4law.com  plattnr61895@notify.bestcase.com |
| NICHOLAS G. PLATT | on behalf of Debtor William Hoffman Arms  II ngp@mooney4law.com, plattnr61895@notify.bestcase.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| William Hoffman Arms II | ) | Case No. 25−10832−pmm |
| | ) | |
| | ) | |
| Teresa Elizabeth Arms | ) | Chapter: 13 |
| | ) | |
| Debtor(s). | ) | |

## **ORDER CONFIRMING PLAN UNDER CHAPTER 13**

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: November 20, 2025                                    For The Court

                                                          Patricia M. Mayer
                                                          Judge, United States Bankruptcy Court