Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

William Hoffman Arms, II
Teresa Elizabeth Arms
7 Lauren Lane
Ephrata, PA 17522

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2025 to 07/31/2026
**Chapter 13 Case No. 25-10832-PMM**

Petition Filed Date: 02/28/2025
341 Hearing Date: 03/25/2025
Confirmation Date: 11/20/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/01/2025 | $69.00 | | 08/15/2025 | $69.00 | | 09/02/2025 | $69.00 | |
| 09/12/2025 | $69.00 | | 09/26/2025 | $69.00 | | 10/13/2025 | $69.00 | |

**Total Receipts for the Period: $414.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $1,173.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | NICHOLAS G. PLATT, ESQUIRE | Attorney Fees | $5,726.00 | $1,106.93 | $4,619.07 |
| 1 | US DEPARTMENT OF HUD<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $3,824.68 | $0.00 | $3,824.68 |
| 3 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $24,170.33 | $0.00 | $24,170.33 |
| 4 | WELLS FARGO BANK NEVADA NA<br>»» 004 | Unsecured Creditors | $7,350.73 | $0.00 | $7,350.73 |
| 5 | LOANCARE SERVICING CENTER<br>»» 005 | Mortgage Arrears | $523.02 | $0.00 | $523.02 |
| 6 | AIDVANTAGE on behalf of DEPT OF ED<br>»» 006 | Unsecured Creditors | $28,470.08 | $0.00 | $28,470.08 |

**Chapter 13 Case No. 25-10832-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,173.00 | Current Monthly Payment: | $852.25 |
| Paid to Claims: | $1,106.93 | Arrearages: | $1,635.47 |
| Paid to Trustee: | $66.07 | Total Plan Base: | $39,455.22 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.